1 | Mark E. Merin (State Bar No. 043849)
  | Joshua Kaizuka (State Bar No. 212195)
2 | **LAW OFFICES OF MARK E. MERIN**
  | 2001 P Street, Suite 100
3 | Sacramento, California  95811
  | Telephone:     (916) 443-6911
4 | Facsimile:      (916) 447-8336

5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD ROSS, on behalf of himself and all those similarly situated;

                Plaintiffs,

v.

COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF GREGORY J. AHERN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE,

                Defendants.

Case No. CV 08-0236 BZ

**NOTICE OF ERRATA TO CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

## NOTICE OF ERRATA

TO THE COURT AND COUNSEL FOR DEFENDANTS:

When Plaintiff filed his Complaint it contained a typographical error in Plaintiff's name.  The correct spelling of Plaintiff's name is RONALD ROSS.  Filed herewith is Class Action Complaint *[Errata]*; Demand for Jury Trial.

DATED:  January 29, 2008           Respectfully submitted,

                                    LAW OFFICE OF MARK E. MERIN

                                           /s/ - "Mark E. Merin"
                             BY:_____
                                      Mark E. Merin
                                      Attorney for Plaintiffs

1

**NOTICE OF ERRATA TO CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL**
*Ross, et al. vs. County of Alameda, et al.,* USDC, No. Dist., Case No. CV 08-0236 BZ