1  Mark E. Merin (State Bar No. 043849)
   Joshua Kaizuka (State Bar No. 212195)
2  **LAW OFFICES OF MARK E. MERIN**
   2001 P Street, Suite 100
3  Sacramento, California  95811
   Telephone:   (916) 443-6911
4  Facsimile:    (916) 447-8336

5  Attorneys for Plaintiff

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROSS, on behalf of himself and all those similarly situated;<br><br>                Plaintiffs,<br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF GREGORY J. AHERN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE,<br><br>                Defendants. | Case No. CV 08-0236 BZ<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to United States Magistrate Judge Bernard Zimmerman conducting any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  February 15, 2008          Respectfully submitted,

                                   LAW OFFICE OF MARK E. MERIN


                                        /s/ - "Mark E. Merin"
                               BY:_____
                                        Mark E. Merin
                                        Attorney for Plaintiffs

1

**CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ZIMMERMAN**
*Ross, et al. vs. County of Alameda, et al.,* USDC, No. Dist., Case No. CV 08-0236 BZ