GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #24983
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA and
SHERIFF GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROTH, on behalf of himself and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF GREGORY J. AHERN, in his individual and official capacities, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 through 50 and ROES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: C 08-00236 BZ<br><br>**ANSWER TO COMPLAINT – DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: January 14, 2008 |

**COME NOW** defendants COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF GREGORY J. AHERN and, for their answer to the plaintiffs' complaint for damages on file herein, admit, deny and allege as follows:

1. Answering the allegations of numbered paragraphs 3, 5, 10, 18, 19, and 28 through 30 of said complaint, defendants lack information and belief sufficient to admit or deny the allegations contained in said paragraphs, and, based upon such lack of information and belief, defendants deny said allegations.

-1-

ANSWER TO COMPLAINT – JURY TRIAL DEMAND
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

2. Answering the allegations of the unnumbered "JURISDICTION" paragraph and of numbered paragraphs 2, 4, 11 and 17 of said complaint, defendants admit the allegations of said paragraphs.

3. Answering the allegations of the unnumbered "INTRODUCTION" paragraphs and of numbered paragraphs 1, 6 through 9, 12 through 16, 20 through 27, 31, 33, 35 and 37 of said complaint, defendants deny each and every and all of the allegations of said paragraphs and further deny that plaintiff has sustained any injuries, losses or damages of any kind or character as a result of any conduct on the part of these answering defendants.

4. Answering the allegations of paragraphs 30, 32, 34 and 36 of said complaint, defendants incorporate their responses to the allegations of the paragraphs incorporated therein.

## SEPARATE AFFIRMATIVE DEFENSES

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the complaint fails to state claims upon which relief can be granted against these defendants.

**AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants are informed and believe and thereon allege that plaintiffs were negligent in and about the activities alleged in the complaint; that said negligence contributed and was a proximate cause of plaintiff's alleged injuries and damages, if any, or was the sole cause thereof; and that if plaintiff is entitled to recover damages against defendants, then defendants pray that the recovery be diminished or extinguished by reason of the negligence of plaintiff in proportion to the degree of fault attributable to plaintiff.

**AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants are informed and believe and thereon allege that by

-2-

ANSWER TO COMPLAINT – JURY TRIAL DEMAND
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

reason of plaintiff's own acts and omissions, plaintiff is estopped from seeking any recovery from defendants by reason of the allegations set forth in the complaint.

**AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the complaint, and each cause of action therein, is barred because any detention and/or of plaintiff by defendants or their employees was lawful, constitutional privileged and justified.

**AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the complaint, and each cause of action therein, is barred because defendants were legally authorized to detain, search and incarcerate the plaintiff.

**AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the defendants and their employees had legal justification for all of their actions and omissions and therefore the complaint and each and every cause of action therein is barred.

**AS A EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants are informed and believe and thereon allege that the complaint and each and every cause of action therein is barred because plaintiff failed to mitigate her damages, if any there were.

**AS AN NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the complaint fails to state a Federal civil rights claim against the defendants under the doctrine of *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

-3-

ANSWER TO COMPLAINT – JURY TRIAL DEMAND
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

**AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the plaintiff has not been damaged in any sum or sums, or otherwise, or at all, by reason of any act or omission by defendants.

**AS A ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the defendants and their employees are immune from any liability and protected against the burden of litigation under the doctrine of qualified immunity and the common law immunities protecting peace officers, correctional officers, prosecutors and public officials.

**AS A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that they are immune from liability for exemplary damages pursuant to provisions of section 818 of the California Government Code and by the U. S. Supreme Court's decision in *Newport v. Fact Concert, Inc.*, 453 U.S. 247.

**AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that they are not liable for any acts or omissions of their employees which occurred outside of those employees' scope of employment.

**AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants are informed and believe and thereon allege that the plaintiff failed to comply with the requirements of the California Tort Claims Act of the California Government Code and therefore all claims of the plaintiff are barred.

**AS A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that they were at all times acting

1  without malice and in good faith and therefore are entitled to immunity from suit.

2  **AS A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that they are not liable under 42 U.S.C. §1983 because sheriffs are not "persons" within the meaning of section 1.

6  **AS A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the complaint and each cause of action therein is barred by the applicable statutes of limitation including without limitation Government Code §945.6 and California Code of Civil Procedure §335.1.

11 **AS A EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that the County and its employees are immune from all liability alleged in the complaint and each and every cause of action therein pursuant to Government Code Sections 815(b), 815.2(b), 815.4, 818.4, 818.6, 818.7, 818.8, 820(b), 820.2, 820.4, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822, 822.2, 830.2, 830.4, 830.6, 830.8, 830.9, 831, 831.2, 831.25, 831.3, 831.4, 831.5, 831.6, 831.7, 831.8, 835.4, 840.6, 844.6, 845, 845.2, 845.4, 845.6, 845.8, 846, 850, 850.2, 850.4, 854.8, 855, 855.2, 855.4, 855.6, 855.8, 856, 856.2 and 856.4.

20 **AS A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants are informed and believe and thereon allege that by conduct, representations and omissions, plaintiff has waived, relinquished and/or abandoned any claim for relief against these defendants respecting the matters which are the subject of the complaint.

26 **AS A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF

-5-

ACTION THEREOF, these answering defendants are informed and believe and thereon allege that plaintiff unnecessarily delayed in protecting the right or rights asserted and has unreasonably delayed in bringing this action, and she is therefore guilty of laches and consequently is not entitled to the relief sought.

**AS A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that at all times mentioned in the Complaint, defendants performed and discharged in good faith each and every obligation, if any, owed to plaintiffs.

**AS A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that at all times material to this action, defendants and their employees had reasonable cause to act and acted properly in valid law enforcement activities.

**AS A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that at all times relevant to plaintiff's Complaint herein, plaintiff knowingly, voluntarily and willingly consented to the search of her person, if, in fact, any search was performed.

**AS A TWENTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, these answering defendants allege that plaintiff's claim is barred under the doctrine set forth in the U.S. Supreme Court's decision in *McMillian v. Monroe County* (1997) 117 S. Ct. 1734 and the Eleventh Amendment to the U.S. Constitution in that in engaging in the conduct complained of, if it occurred at all, defendants were acting in the capacities as officers of the State of California and not the County of Alameda.

**WHEREFORE**, these answering defendants pray as follows:

-6-

ANSWER TO COMPLAINT – JURY TRIAL DEMAND
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

1.  That plaintiff take nothing by of her complaint and that these answering defendants be dismissed hence;

2.  For reasonable attorneys' fees;

3.  For costs of suit incurred herein; and

4.  For such other and further relief as the Court deems fit and proper.

**DEMAND FOR JURY TRIAL**

Defendants hereby demand a jury trial in this matter.

DATED: April 15, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants

-7-

ANSWER TO COMPLAINT – JURY TRIAL DEMAND
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **ANSWER TO COMPLAINT – DEMAND FOR JURY TRIAL** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Mark Merin, Esq mark@markmerin.com          **Attorneys for Plaintiff RONALD ROTH**
Joshua Kaizuka, Esq. joshua@markmerin.com
Law Offices of Mark Merin
2001 P Street, Ste. 100
Sacramento, CA  95811

Tel:  (916) 443-6911
Fax:  (916) 447-8336

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April 15, 2008.

*/s/ Alisa M. Brady*
Alisa M. Brady

24983\430591

-8-

ANSWER TO COMPLAINT – JURY TRIAL DEMAND
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ