1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #24983
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   COUNTY OF ALAMEDA and
8  SHERIFF GREGORY J. AHERN

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 RONALD ROTH, on behalf of himself and all )   Case No.:  C 08-00236 BZ
   those similarly situated,                 )
13                                           )   **NOTICE OF FILING OF**
              Plaintiffs,                    )   **ADMINISTRATIVE MOTION TO**
14                                           )   **CONSIDER WHETHER CASES SHOULD**
   vs.                                       )   **BE RELATED PURSUANT TO LOCAL**
15                                           )   **RULE 3-12(B)**
   COUNTY OF ALAMEDA, ALAMEDA                )
16 COUNTY SHERIFF GREGORY J. AHERN,          )
   in his individual and official capacities,)
17 ALAMEDA COUNTY SHERIFF'S                  )
   DEPUTIES DOES 1 through 50 and ROES 1     )
18 through 20, inclusive,                    )
                                             )
19            Defendants.                    )
                                             )
20

21

22
             TO PLAINTIFF AND HIS ATTORNEYS OF RECORD
23
       Notice is hereby given that the defendants in the case of *Daniel Schaffer, et al. v. County of*
24
   *Alameda, et al.*, U.S. Dist. Ct., N. Dist. CA, Case #C 06 0310 MMC, have filed an administrative
25
   motion, pursuant Northern District Local Rules 3-12(b) and 7-11, to have the court consider
26
   whether that case and this case should be related.
27

28
                                          -1-
   NOTICE OF FILING OF ADMINISTRATIVE MOTION
   *Ronald Roth vs. County of Alameda, et al.*; U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

1  A copy of said administrative motion is attached hereto as Exhibit A.

2

3  DATED: April 15, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants

-2-

NOTICE OF FILING OF ADMINISTRATIVE MOTION
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **NOTICE OF FILING OF ADMINISTRATIVE MOTION** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Mark Merin, Esq mark@markmerin.com            **Attorneys for Plaintiff RONALD ROTH**
Joshua Kaizuka, Esq. joshua@markmerin.com
Law Offices of Mark Merin
2001 P Street, Ste. 100
Sacramento, CA 95811

Tel: (916) 443-6911
Fax: (916) 447-8336

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April 15, 2008.

_____
Alisa M. Brady

24983\430580

-3-

NOTICE OF FILING OF ADMINISTRATIVE MOTION
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

**EXHIBIT A**

1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA, ALAMEDA
   COUNTY SHERIFF CHARLES C. PLUMMER
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL SCHAFFER, on behalf of himself ) Case No.: C 06 0310 MMC
   | and all those similarly situated;     )
12 |                                       ) **ADMINISTRATIVE MOTION TO**
   |            Plaintiffs,                ) **CONSIDER WHETHER CASES**
13 |                                       ) **SHOULD BE RELATED PURSUANT**
   | vs.                                   ) **TO LOCAL RULE 3-12(B)**
14 |                                       )
   | COUNTY OF ALAMEDA, ALAMEDA            ) Complaint Filed: January 17, 2006
15 | COUNTY SHERIFF CHARLES C.             )
   | PLUMMER, IN HIS INDIVIDUAL AND        )
16 | OFFICIAL CAPACITIES, ALAMEDA          )
   | COUNTY SHERIFF'S DEPUTIES DOES 1      )
17 | THROUGH 50, AND ROES 1 THROUGH        )
   | 20, INCLUSIVE,                        )
18 |                                       )
   |            Defendants.                )
19 |_____)

20

21      TO PLAINTIFF AND HIS ATTORNEYS OF RECORD

22      Pursuant Northern District Local Rules 3-12(b) and 7-11, defendants hereby move the

23 court to consider whether the case of *Ronald Roth, et al. v. County of Alameda, et al.*, U.S. Dist.

24 Ct., N. Dist. CA, Case #C 08 0236 BZ, filed on January 14, 2008, should be considered to be

25 related to the instant action.

26      Said motion is made upon the ground that both actions are class action lawsuits against

27 defendant COUNTY OF ALAMEDA based upon allegations that defendant's policies pertaining

28
                                            -1-
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
*Daniel Schaffer vs. County of Alameda, et al.*; USDC-Nor. Dist. #C06-0310 MMC

1  to strip searching pre-arraignment, adult inmates at defendant's jail facilities are unconstitutional.
2  Said actions concern substantially the same parties, transactions and events.
3      A copy of the complaint for damages in said action is attached as Exhibit A.
4      I declare under penalty of perjury that the foregoing is true and correct.
5  DATED: April 15, 2008

                        BOORNAZIAN, JENSEN & GARTHE
                        A Professional Corporation

By: _____
      GREGORY J. ROCKWELL, ESQ.
      Attorneys for Defendants
      COUNTY OF ALAMEDA,
      ALAMEDA COUNTY SHERIFF
      CHARLES C. PLUMMER

-2-