GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #24983
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA and
SHERIFF GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROTH, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF GREGORY J. AHERN, in his individual and official capacities, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 through 50 and ROES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 08-00236 BZ<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a

-1-

1 | United States District Judge.

2

3 | DATED: April 15, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants

-2-

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Mark Merin, Esq mark@markmerin.com<br>Joshua Kaizuka, Esq. joshua@markmerin.com<br>Law Offices of Mark Merin<br>2001 P Street, Ste. 100<br>Sacramento, CA  95811<br><br>Tel:  (916) 443-6911<br>Fax:  (916) 447-8336 | **Attorneys for Plaintiff RONALD ROTH** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April 15, 2008.

_____
Alisa M. Brady

24983\430569

---

-3-

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 BZ