Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California 95811
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROSS, on behalf of himself and all those similarly situated;<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF GREGORY J. AHERN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. CV 08-0236 BZ<br><br>**NOTICE OF ERRATA TO PROOF OF SERVICE** |

### NOTICE OF ERRATA

TO THE COURT AND COUNSEL FOR DEFENDANTS:

Plaintiff(s) respectfully submit this Notice of Errata for the Proof of Service, filed electronically on April 29, 2008. The Proof of Service was inadvertently filed without signature. A corrected copy of the executed Proof of Service is filed concurrently herewith as Exhibit A, respectfully.

DATED: April 30, 2008            Respectfully submitted,

                                 LAW OFFICE OF MARK E. MERIN

                                         /s/ - "Mark E. Merin"
                                 BY:_____
                                         Mark E. Merin
                                         Attorney for Plaintiffs

1

NOTICE OF ERRATA TO PROOF OF SERVICE
*Ross, et al. vs. County of Alameda, et al.*, USDC, No. Dist., Case No. CV 08-0236 BZ

# DECLARATION OF SERVICE

Re:  Ronald Roth, et al. v. County of Alameda, et al.
     USDC, Northern District, Case No. C 08-00236 BZ

I, Elizabeth Music, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action; my business address is 2001 P Street, Suite 100, Sacramento, California 95811.

On April 29, 2008, I served the within **CASE MANAGEMENT CONFERENCE ORDER** on all parties in said action in the following manner:

XXX  BY MAIL: I am familiar with this company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, during the normal course of business on the same day it is placed in the designated area. I placed a true copy of said document, enclosed in a sealed envelope with first class postage affixed in the designated area for outgoing mail, addressed as set forth below:

____  BY PERSONAL DELIVERY: I caused to be personally delivered a true copy of said document to the person(s) at the address(es) set forth below:

____  BY FACSIMILE: I faxed a true copy of said document (___ pages total) to the addressee(s) at the number(s) set forth below; I verified that the transmission was reported by the fax machine as complete and without error; thereafter, I placed a true copy in a sealed envelope with first class postage affixed in the designated area for outgoing mail, addressed as set forth below:

____  BY OVERNIGHT DELIVERY: I am readily familiar with the Law Office of Mark E. Merin's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of this business' practice the document(s) described above will be either deposited in a box or other facility regularly maintained by UPS or Federal Express or delivered to an authorized courier or driver authorized by UPS or Federal Express to receive documents on the same date that it is placed at the Law Office of Mark E. Merin for collection. Thus, on said date, I placed a true copy of said document(s), enclosed in a sealed overnight envelope in the designated area for outgoing overnight deliveries, with a label addressed to each of the indicated party(ies) below:

Gregory J. Rockwell                                  Attorney for County of Alameda
Boornazian, Jensen & Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 29, 2008, at Sacramento, California.

_____
Elizabeth Music

1