# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Roth,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>County of Alameda,<br><br>                    Defendant(s). | 08-00236 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 16, 2008

                                RICHARD W. WIEKING
                                Clerk
                                by:   Timothy J. Smagacz

                                *Timothy Smagacz*
                                _____
                                ADR Administrative Assistant
                                415-522-4205
                                Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
08-00236 MMC                                        -2-

PROOF OF SERVICE

Case Name:       Roth v. County of Alameda

Case Number:    08-00236 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 16, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Joshua Kaizuka
> Law Office of Mark E. Merin
> 2001 P Street
> Suite 100
> Sacramento, CA 95811
> joshua@markmerin.com
>
> Mark E. Merin Esq.
> Law Offices of Mark E. Merin
> 2001 P Street, Suite 100
> Sacramento, CA 95814
> mark@markmerin.com
>
> Gregory James Rockwell
> Boornazian Jensen & Garthe
> 555 - 12th Street, Suite 1800
> P.O. Box 12925
> Oakland, CA 94604-2925
> grockwell@bjg.com
>
> Jill Sazama

Boornazian Jensen & Garthe
555 12th Street, Suite 1800
A Professional Corporation
Oakland, CA 94604
jsazama@bjg.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov