1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   COUNTY OF ALAMEDA and GREGORY J. AHERN
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 RONALD ROTH, on behalf of himself and all )   Case No.:  C 08-00236 MMC
   those similarly situated,                  )
13                                            )   **ADR CERTIFICATION BY PARTIES AND**
              Plaintiffs,                     )   **COUNSEL**
14                                            )
   vs.                                        )   Complaint Filed: January 14, 2008
15                                            )
   COUNTY OF ALAMEDA, ALAMEDA                 )
16 COUNTY SHERIFF GREGORY J. AHERN,)
   in his individual and official capacities, )
17 ALAMEDA COUNTY SHERIFF'S                   )
   DEPUTIES DOES 1 through 50 and ROES 1 )
18 through 20, inclusive,                     )
                                              )
19            Defendants.                     )
   _____)

20

21
           Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
22 he or she has:

23         **(1)**    Read the handbook entitled "*Dispute Resolution Procedures in the Northern
   District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited
24 printed copies are available from the clerk's office for parties in cases not subject to the court's
   Electronic Case Filing program ECF) under General Order 45*) ;
25
           **(2)**    Discussed the available dispute resolution options provided by the Court and
26 private entities; and

27

28                                              -1-
   ADR CERTIFICATION
   *Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 MMC

1      (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 16, 2008

By: _____
    RICHARD KARLSSON, ESQ.
    Chief Assistant County Counsel
    COUNTY OF ALAMEDA

DATED: May 16, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
    JILL P. SAZAMA, ESQ.
    Attorneys for Defendants

24983\432973

-2-

ADR CERTIFICATION
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 MMC

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Mark Merin, Esq mark@markmerin.com          **Attorneys for Plaintiff RONALD ROTH**
Joshua Kaizuka, Esq. joshua@markmerin.com
Law Offices of Mark Merin
2001 P Street, Ste. 100
Sacramento, CA 95811

Tel: (916) 443-6911
Fax: (916) 447-8336

ADR Program
USDC, Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA
Fax: 415-522-4112
adr@cand.uscourts.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on May 19, 2008.

*/s/ Carmen Kalt*
Carmen Kalt

24983\432973

-3-

ADR CERTIFICATION
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 MMC