**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

E-filing

Date: MAY 30 2008

C-08-0236-MMC

RONALD ROTH  v  County of Alameda et al

Attorneys: MARK MERIN    GREGORY ROCKWELL

Deputy Clerk: **TRACY LUCERO**   Reporter: NOT REPORTED

**PROCEEDINGS:**   **RULING:**

1. _____   _____
2. _____   _____
3. _____   _____
4. _____   _____

( ) Status Conference   ( ) P/T Conference   (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Joint statement due by 1/23/09.

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

( ) Referred to Magistrate For:_____
( ) By Court
(✓) CASE CONTINUED TO 1/30/09 @ 10:30 for Continued Case Management Conference.

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date_____  Trial Date_____  Set for ___ days
Type of Trial: ( )Jury  ( )Court

Notes: Parties previously stipulated to private mediation.

(9 min)