1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   COUNTY OF ALAMEDA and GREGORY J. AHERN
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11
   RONALD ROTH, on behalf of himself and all )   Case No.:  C 08-00236 MMC
12 those similarly situated,                 )
                                             )   **STIPULATION AND ~~PROPOSED~~ ORDER
13              Plaintiffs,                  )   CONTINUING CASE MANAGEMENT
                                             )   CONFERENCE**
14 vs.                                       )
                                             )
15 COUNTY OF ALAMEDA, ALAMEDA                )
   COUNTY SHERIFF GREGORY J. AHERN, )         Complaint Filed: January 14, 2008
16 in his individual and official capacities,)
   ALAMEDA COUNTY SHERIFF'S                  )
17 DEPUTIES DOES 1 through 50 and ROES 1 )
   through 20, inclusive,                    )
18                                           )
                Defendants.                  )
19 _____ )

20

21

22      A case management conference is set in this matter for January 30, 2009 at 10:30 a.m.  The

23 parties are actively engaged in settlement discussions which may result in a resolution of the case.

24 In order to have sufficient time to fully explore settlement, they wish to continue the case

25

26

27

28
                                            -1-
STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE.
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 MMC

1 management conference to March 6, 2009 at 10:30 a.m. and hereby so stipulate to a continuance to
2 that date.

4 DATED: January 15, 2009.

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By: _____/s/_____
GREGORY J. ROCKWELL, ESQ.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants

DATED: January 15, 2009.

THE LAW OFFICES OF MARK E. MERIN


By: _____/s/_____
MARK E. MERIN, ESQ.
Attorneys for Plaintiff


**ORDER**

GOOD CAUSE appearing therefore, the case management conference is hereby continued to March 6, 2009 at 10:30 a.m.

Dated: January 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge

24983\453124

-2-

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE.
*Ronald Roth vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00236 MMC